UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN WORTH DIVISION

| | |
|---|---|
| JOHN COLIN SUTTLES, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SENTRY SURVEILLANCE, INC.<br><br>　　　　　Defendant. | Case No. 1:16-cv-1174 |

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff, John Colin Suttles, under FED. R. CIV. P. 41(a)(1)(A)(i), hereby dismisses the above captioned action, without prejudice, and with each party bearing its own fees and expenses.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED


　　　　　　　　　　　　　　　　By:　　/s/*W. Craft Hughes*　　
　　　　　　　　　　　　　　　　W. Craft Hughes
　　　　　　　　　　　　　　　　Jarrett L. Ellzey
　　　　　　　　　　　　　　　　**HUGHES ELLZEY, LLP**
　　　　　　　　　　　　　　　　2700 Post Oak Blvd., Suite 1120
　　　　　　　　　　　　　　　　Galleria Tower I
　　　　　　　　　　　　　　　　Houston, TX 77056
　　　　　　　　　　　　　　　　Telephone: (713) 554-2377

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served on all counsel of record on this 24th day of May, 2017, by electronic service pursuant to L.R. 5.1 and Fed. R. Civ. P. 5(b)(2)(E).

/s/ *W. Craft Hughes*
W. Craft Hughes